No. 76–416.   DELAWARE STATE BOARD OF EDUCATION ET AL. v. EVANS ET AL.;

No. 76–474.   NEWARK SCHOOL DISTRICT v. EVANS ET AL.;

No. 76–475.   NEW CASTLE-GUNNING BEDFORD SCHOOL DISTRICT v. EVANS ET AL.;

No. 76–499.   MOUNT PLEASANT SCHOOL DISTRICT ET AL. v. EVANS ET AL.;

No. 76–500.   MARSHALLTON-MCKEAN SCHOOL DISTRICT v. EVANS ET AL.; and

No. 76–501.   CLAYMONT SCHOOL DISTRICT ET AL. v. EVANS ET AL.   Appeals from D. C. Del. dismissed for want of jurisdiction.   MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases.

No. 76–469.   GRAGG v. CAYUGA INDEPENDENT SCHOOL DISTRICT.   Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 76–385.   GENERAL ATOMIC CO. v. FELTER, JUDGE, ET AL. Sup. Ct. N. M.   Certiorari granted, judgment vacated, and case remanded to consider whether judgment is based upon federal or state grounds, or both.   See *California* v. *Krivda,* 409 U. S. 33 (1972).

No. 75–1413.   STANTON, ADMINISTRATOR, INDIANA STATE DEPARTMENT OF PUBLIC WELFARE, ET AL. v. BOND ET AL. C. A. 7th Cir.   [Certiorari granted, 426 U. S. 905.]   Judgment vacated and case remanded for further consideration in light of Pub. L. 94–559, 90 Stat. 2641 (Oct. 19, 1976).   MR. JUSTICE STEVENS took no part in the consideration or decision of this case.